**FILED**
2/24/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 91 (Rev. 11/11) Criminal Complaint                    AUSA Chester Choi (312) 697-4037

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ALAN MICHAEL DUNCAN

CASE NUMBER: 22 CR 106
**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 20, 2021, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | by intimidation, took from the person or presence of another any other thing of value belonging to, or in the care, custody, control, management, or possession of, any credit union, namely, the Selfreliance Federal Credit Union, located at 2332 West Chicago Avenue, Chicago, Illinois |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

_WARD YODER_
WARD YODER
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: February 24, 2022

_Judge's signature_

City and state: Chicago, Illinois

Jeffrey I. Cummings, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, WARD YODER, being duly sworn, state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for approximately 12 years.  My current responsibilities include the investigation of violent crimes, including, among others, kidnaping, bank robbery, and the apprehension of violent fugitives.

2.      This affidavit is submitted in support of a criminal complaint alleging that ALAN MICHAEL DUNCAN has violated Title 18, United States Code, Section 2113(a).  Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging DUNCAN with bank robbery, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.      This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, conversations I have had with others who have knowledge of the events and circumstances described herein, interviews of bank employees and other witnesses, review of documents provided by bank personnel and other witnesses, and review of bank and other private video surveillance.

## I.  FACTS SUPPORTING PROBABLE CAUSE

4.     The FBI is investigating allegations that on or about November 20, 2021, ALAN MICHAEL DUNCAN robbed the Selfreliance Federal Credit Union located at 2332 West Chicago Avenue in Chicago, Illinois ("Selfreliance"). As set forth in further detail below, the evidence gathered in this investigation, including, but not limited to, surveillance footage showing the robber having similar physical characteristics as DUNCAN, toll records and surveillance footage showing DUNCAN's vehicle's travel the day before and the day of the robbery, and law enforcement's discovery of sweatpants matching those worn by the robber during the robbery in DUNCAN's residence, show that there is probable cause to believe that on or about November 20, 2021, DUNCAN robbed Selfreliance.

### A.  ROBBERY OF THE SELFRELIANCE FEDERAL CREDIT UNION IN CHICAGO, ILLINOIS ON NOVEMBER 20, 2021

5.     Based on bank surveillance video and information provided by bank personnel, on November 20, 2021, an African American male robbed Selfreliance.

6.     According to the Victim Teller, the robber approached the Victim Teller's station without being called. After the Victim Teller greeted the robber, the robber presented a small demand note in his hand while keeping possession of the note. The Victim Teller could only recall a small portion of the note, which read, something to the effect of, "No Slip." As the Victim Teller continued to look at the demand note, the robber verbally demanded, "Give me the money!" The robber then said, "Give me the money or I'll shoot." The Victim Teller removed U.S. currency from their drawer and gave it to the robber.  As the robber took the U.S. currency from the Victim Teller, he

broke the plastic barrier divider on the counter of the teller station. The robber then left the bank with the U.S. currency.

7. According to the Victim Teller, the robber was an African American male in his 30's to 40's, not too tall, and wearing a winter hat and a white, dirty facemask.

8. Based on my review of surveillance images and video from Selfreliance, the robber entered Selfreliance from the Chicago Avenue entrance at approximately 10:32 a.m. The robber was wearing a dark winter cap, dark jacket, light gray sweatpants with the word "TRUE" in all caps on the left leg, a light colored surgical face mark, and light colored gym shoes with a red tongue. Images from the surveillance footage showing the robber entering Selfreliance and the robber at the Victim Teller's station holding the demand note are below.

 

9.     An audit performed by Selfreliance found the robber left with approximately $6,010 from the Victim Teller's drawer. According to Selfreliance, Selfreliance's deposits are insured by the National Credit Union Association.

**B.     THE ROBBER'S WHEREABOUTS BEFORE AND AFTER THE NOVEMBER 20, 2021 SELFRELIANCE ROBBERY**

10.     As a part of the investigation, I reviewed private surveillance video and Chicago Police Department Police Observation Device ("POD") cameras in the area surrounding Selfreliance for the minutes before and after the robbery. Based on private surveillance footage from a building near the intersection of West Huron Boulevard and North Oakley Street, located approximately two blocks south and one block east of Selfreliance, at approximately 10:18 a.m., a white Chevy Malibu, with damage where front driver side door meets the exterior panel covering the front wheel ("the Subject Vehicle"), was traveling northbound on Oakley Street.[1] A still image of the Subject Vehicle from the footage is provided below, with the Subject Vehicle in the center of the street on the far right side of the image.

---

[1] The time stamp on video is 11:22 a.m. When the time stamp of live surveillance from the video surveillance system is compared to the actual time, the time stamp on the video is approximately one hour and four minutes faster than the actual time.



11.     I reviewed private surveillance footage from a building near the 2300 block of West Chicago Avenue (the block on which Selfreliance is located), which had a north facing camera and a south facing camera. Based on the footage from both cameras, at approximately 10:24 a.m., the robber was walking intermittingly in the area of Chicago Avenue, before crossing north on Chicago Avenue towards Selfreliance.

12.     As described above, the robbery of Selfreliance occurred at approximately 10:32 a.m.  At approximately 10:35 a.m., the robber is seen on the south facing camera running southeast away from Selfreliance towards the

intersection of North Oakley Street and West Chicago Avenue, as depicted in the image below.[2]



13.     I reviewed private surveillance footage from a building near the vicinity of West Huron Boulevard and North Oakley Street, which had a north facing and south facing camera. Based on the footage, at approximately 10:29 a.m., the Subject Vehicle turned left from North Oakley Street into an alley south of West Chicago Avenue.

14.     At approximately 10:35 a.m., approximately three minutes after the robbery, the Subject Vehicle emerged from the same alley, south of West Chicago Avenue. The Subject Vehicle then turned right out of the alley and proceeded to drive south on North Oakley Street. At approximately 10:36 a.m., the Subject Vehicle went

---

[2] The time stamp on video is 10:19 a.m. When the time stamp of live surveillance from the video surveillance system is compared to the actual time, the time stamp on the video is approximately 16 minutes slower than the actual time.

south on North Oakley Street near the intersection with West Huron Boulevard. As depicted in the still image below, the Subject Vehicle has damage on the front passenger side wheel well.[3]



15.    I reviewed Chicago Police Department POD footage near the following areas: the 500 block of North Oakley Street, the 500 block of North Western Street, and the 2400 block of West Van Buren Street. Based on the POD footage, at approximately 10:37 a.m., approximately five minutes after the robbery, the Subject Vehicle turned right onto West Grand Avenue from North Oakley Street. A still image of the Subject Vehicle driving southbound on North Oakley Street is below.

---

[3] The time stamp on video is 11:40 a.m. When the time stamp of live surveillance from the video surveillance system is compared to the actual time, the time stamp on the video is approximately one hour and four minutes faster than the actual time.



16.     One minute later, at approximately 10:38 a.m., the Subject Vehicle turned left onto North Western Avenue from West Grand Avenue, driving southbound. As depicted in the still image from POD footage below, the Subject Vehicle has the same damage on the front driver's side door described in Paragraph 10 above.



17.     Based on POD footage, at approximately 10:46 a.m., the Subject Vehicle turned right onto West Van Buren Avenue from South Western Avenue, and then from West Van Buren Avenue, merged onto Interstate 290 West from the on-ramp. The still image below shows the Subject Vehicle, with the same damage on the front passenger side wheel-well described in Paragraph 14, driving towards the Interstate 290 West on-ramp from West Van Buren Avenue.



18.     I reviewed footage from a Chicago Police POD license plate reader camera located on Interstate 290, in the vicinity of the 5200 block of West Flournoy Avenue. Based on the POD footage, at approximately 10:50 a.m., the Subject Vehicle was driving westbound on Interstate 290 near the vicinity of the 5200 block of West Flournoy Avenue. As depicted in the still image below, the Subject Vehicle was identified as having a Minnesota license plate with the registration number ENJ 771.



### C. IDENTIFICATION OF ALAN MICHAEL DUNCAN AS THE ROBBER OF SELFRELIANCE ON NOVEMBER 20, 2021

19.     Based on a search of law enforcement databases, Minnesota license plate number ENJ 771 is registered as a 2017 white Chevy Malibu, consistent with the Subject Vehicle. ALAN MICHAEL DUNCAN is the registered owner with an address on the 5800 block of University Avenue NE in Fridley, Minnesota ("DUNCAN's Residence"). According to law enforcement databases, DUNCAN's driver's license is suspended and his registration is expired. DUNCAN's driver's license photo is below.



20.     Based on a search of law enforcement databases, DUNCAN has previous criminal convictions for murder, aggravated battery, assault on a correctional employee, and multiple narcotics violations. On or about November 17, 2021, DUNCAN was arrested by the Minneapolis Police Department for fleeing a police officer by means other than a vehicle and for a weapons violation. On or about November 18, 2021, DUNCAN was released from custody. During the booking process on or about November 17, 2021, DUNCAN's height and weight was listed as 5'10" and 180 pounds. DUNCAN's booking photo from his arrest on or about November 17, 2021 is below.



21.     I reviewed toll violation data from the Illinois State Toll Highway Authority. Based on the data, on November 19, 2021, the day before the robbery, the Subject Vehicle violated the following tolls: Illinois Toll Plaza #1 (South Beloit) at approximately 10:20 a.m., Illinois Toll Plaza #7 (Marengo-Hampshire) at approximately 10:45 a.m., Illinois Toll Plaza # 9 (Elgin) at approximately 10:57 a.m.; and Illinois Toll Plaza #19 (River Road) at approximately 11:15 a.m. Based on the

pattern of the Subject Vehicle's toll violations on November 19, 2021, the Subject Vehicle drove eastbound on Interstate 90 from the Wisconsin-Illinois border towards Chicago, Illinois.

22. A still image provided by the State of Illinois Toll Highway Authority of the Subject Vehicle committing a toll violation at Illinois Toll Plaza # 1 (South Beloit) on November 19, 2021 is below. In the image, the individual in the passenger seat of the Subject Vehicle is wearing a light colored hooded sweatshirt with the letters "T" and "E" visible.



23.     I conducted an internet search and found that the True Religion clothing company sells a hooded sweatshirt and sweatpants combo with the word "TRUE" in all caps on the chest of the hooded sweatshirt and on the left pant leg, similar in style to the hooded sweatshirt worn by the individual in the front passenger seat of the Subject Vehicle and to the sweatpants worn by the robber of Selfreliance. A photo of the True Religion hooded sweatshirt and sweatpants combo is below.



24.     On November 20, 2021, the day of the robbery, the Subject Vehicle violated the following tolls: Illinois Toll Plaza #9 (Elgin) at approximately 11:53 a.m. (approximately one hour and twenty minutes after the robbery); Illinois Toll Plaza #5 (Belvedere) at approximately 1:09 p.m.; and Illinois Toll Plaza #1 (South Beloit) at approximately 1:21 p.m. Based on the pattern of the Subject Vehicle's toll violations on November 20, 2021, after the robbery of Selfreliance, the Subject Vehicle drove westbound on Interstate 90 away from Chicago, Illinois towards the Wisconsin-Illinois border.

25.     I reviewed indoor and outdoor surveillance footage obtained from a convenience store located in the Belvidere Oasis off of Interstate 90, on the 2500 block of Pearl Street in Belvidere, Illinois, from November 20, 2021.[4] Based on the outdoor footage, the Subject Vehicle was in the convenience store parking lot at approximately 12:13 p.m. A still image of the Subject Vehicle in the convenience store parking lot with damage on the front passenger side wheel well first described in Paragraph 14 is below.

---

[4] The Belvidere Oasis is located one mile east of the Illinois Toll Plaza #5 (Belvidere). As discussed in Paragraph 24, the Subject Vehicle committed a toll violation at Illinois Toll Plaza #5 at approximately 1:09 p.m.



26.     Based on the convenience store's outdoor and indoor footage, an African American male wearing light colored sweatpants with the word "TRUE" on the left leg and light-colored gym shoes with a red tongue, matching the sweatpants and shoes worn by the robber, exited the Subject Vehicle from the front driver's side door and entered the convenience store.  As described further below in Paragraph 38, local law enforcement in Fridley, Minnesota found a pair of light colored sweatpants with the word "TRUE" on the left leg in DUNCAN's residence in Fridley, Minnesota on or about December 8, 2021. Still images of the African American individual inside the convenience store at approximately 12:24 p.m. are below. The skin tone and bald head of the individual is similar to DUNCAN's skin tone and head, as shown in DUNCAN's booking photo from on or about November 17, 2021 above.

15





### D.    ROBBERY OF THE HUNTINGTON BANK IN CHICAGO, ILLINOIS ON OR ABOUT NOVEMBER 30, 2021

27.    Based on interviews with bank personnel and reviewing bank surveillance footage, on November 30, 2021, at approximately 12:43 p.m., an African American male robbed the Huntington Bank located at 4012 N. Pulaski Road in Chicago Illinois.

28.    According to Victim Teller 2, an African American male weighing approximately 200 pounds, 5'8" to 6'0" tall, with short black dread locks ("Subject Person 1"), entered the bank and asked to open an account. Subject Person 1 was told that the bank could not open an account at that time due to being short staffed. Subject Person 1 then exited the bank. Approximately ten minutes later, Subject Person 1 re-entered the bank, approached Victim Teller 2's station, and handed the Victim Teller 2 a demand note that stated something to the effect of, "You're being watched hand over 100s and 50s." Victim Teller 2 then placed $50 and $100 notes with a dye pack into a white grocery bag and gave the bag to Subject Person 1. Subject Person 1 then demanded more money, and Victim Teller 2 proceeded to place $1, $5, $10, and $20 notes into the white grocery bag. Subject Person 1 again demanded more money, but Victim Teller 2 responded that there was no more. Subject Person 1 then exited the bank with the white grocery bag containing approximately $2,170, running south on North Pulaski Road towards West Irving Park Road. According to Victim Teller 2, Subject Person 1 kept his right hand in his coat pocket during the robbery, which Victim Teller perceived to mean that Subject Person 1 may have had a weapon in his pocket.

29.    Based on my review of surveillance images and video from the Huntington Bank, Subject Person 1 entered the bank at approximately 12:33 p.m., and left shortly thereafter, walking south on North Pulaski Road. Subject Person 1 was wearing a dark colored hooded jacket, dark colored sweatpants, dark colored winter cap, sunglasses, a light-colored surgical mask, and light color gym shoes. At approximately 12:43 p.m., Subject Person 1 re-entered the bank, approached the teller stations, and handed Victim Teller 2 a demand note. After the Victim Teller 2 gave Subject Person 1 approximately $2,170, Subject Person 1 exited the bank, and proceeded to run south on North Pulaski Road towards West Irving Park Road. Still images from the bank's surveillance footage showing Subject Person 1 entering the bank and Subject Person 1 inside the bank, with his right hand in his coat pocket, immediately before the robbery are below.





30.     An audit performed by Huntington Bank found that the total amount of U.S. currency taken from the bank during the robbery was approximately $2,170.[5] According to Huntington Bank, the bank's deposits are insured by the Federal Deposit Insurance Corporation.

### E.  THE SUBJECT VEHICLE'S WHEREABOUTS BEFORE AND AFTER THE HUNTINGTON BANK ROBBERY ON NOVEMBER 30, 2021

31.     As a part of the investigation, I reviewed private surveillance footage, Chicago Transit Authority (CTA) surveillance footage, and Chicago Police Department POD footage in the area surrounding the Huntington Bank from

---

[5] As described further in paragraph 35 below, approximately $170 in pink dye stained U.S. currency was recovered near the intersection of West Irving Park Road and North Keystone Avenue.

November 30, 2021. Based on footage from a gas station located on the northwest corner of the intersection of North Pulaski Road and West Irving Park Road (located just south of the Huntington Bank), at approximately 12:31 p.m., the Subject Vehicle drove southwest through the gas station, turning right onto West Irving Park Road.[6] Based on the POD footage, the Subject Vehicle then parked on the northside of West Irving Park Road just west of the gas station. A still image from the gas station's surveillance footage showing the Subject Vehicle driving southwest through the gas station is below.



---

[6] The time stamp on video is 1:31 p.m. When the time stamp of live surveillance from the video surveillance system is compared to the actual time, the time stamp on the video is approximately one hour faster than the actual time.

32.     Based on the POD footage, surveillance footage from a CTA bus, and the gas station footage, at approximately 12:32 p.m., Subject Person 1 exited the Subject Vehicle from the front passenger side door, and walked northeast through the gas station towards the Huntington Bank. At approximately 12:35 p.m., Subject Person 1 walked southwest through the gas station, returning to the Subject Vehicle, entering the Subject Vehicle through the front passenger door. The Subject Vehicle then drove west on West Irving Park Road. Below is (a) a still image from CTA bus footage showing the Subject Vehicle, with the same damage where the front driver side door meets the exterior panel covering the front wheel first described in Paragraph 10, parked on West Irving Park Road at approximately 12:32 p.m.; and (b) a still image from the gas station footage showing Subject Person 1 walking southwest through the gas station towards the Subject Vehicle at approximately 12:35 p.m.





33.    Based on the gas station footage, as shown in the still image below, at approximately 12:42 p.m., the Subject Vehicle drove south on North Pulaski Road, and then turned right onto West Irving Park Road.



34. Based on POD footage, the Subject Vehicle parked at the same location west of the gas station along West Irving Park Road. Subject Person 1 then exited the Subject Vehicle from the front passenger side door, and walked northeast through the gas station towards the Huntington Bank.

35. Immediately after the robbery, at approximately 12:44 p.m., as shown in the still image from the gas station footage below, Subject Person 1 ran southwest through the gas station towards the Subject Vehicle. Based on POD footage, Subject Person 1 then entered the front passenger side door of the Subject Vehicle, which then drove west on West Irving Park Road.



36.    On or about November 30, 2021, law enforcement interviewed a FedEx delivery driver who was near the intersection of North Pulaski Road and West Irving Park Road at the time of the robbery.  According to the delivery driver, the delivery driver was attempting to park his/her FedEx truck near where the Subject Vehicle was parked on West Irving Park Road. The delivery driver saw a four-door white sedan, consistent with the Subject Vehicle, with two occupants inside. As the white sedan departed, the delivery driver saw an explosion of pink dye inside the white sedan. Law enforcement found approximately $170 in pink dye-stained U.S. currency near the intersection of West Irving Park Road and North Keystone Avenue, along the route of the Subject Vehicle.

37.    As shown from the still image from POD footage from the 4000 block of North Keeler Avenue below, at approximately 12:45 p.m., the Subject Vehicle turned left onto the on-ramp to Interstate 90 West from North Keeler Avenue. Based on the image, the Subject Vehicle has a white license plate with a light blue stripe on top, consistent with a Minnesota license plate.



### F. LAW ENFORCEMENT IDENTIFIED THE SUBJECT VEHICLE WITH RED DYE STAINS IN FRONT PASSENGER SEAT ON OR ABOUT DECEMBER 2, 2021

37. On or about December 2, 2021, officers from the Fridley Police Department ("Fridley LEOs") encountered the Subject Vehicle traveling 96 miles per hour in a 60-mile per hour zone. Fridley LEOs attempted to catch up and pull over the Subject Vehicle, but the Subject Vehicle made evasive maneuvers and escaped. Later that day, Fridley LEOs found the Subject Vehicle unoccupied, with the front driver's side door open and engine running on the 5700 block of 4th Street NE in Fridley, Minnesota.[7] Fridley LEOs towed the Subject Vehicle. Law enforcement subsequently swabbed the Subject Vehicle for DNA and conducted a search. During the search, Fridley LEOs observed what appeared to be red dye stains on the front passenger seat and on the center console. A picture of the Subject Vehicle's interior showing the red dye stains from the search is below.

---

[7] On or about December 2, 2021, DUNCAN called Fridley Police Department regarding the Subject Vehicle. An anonymous male caller using DUNCAN's phone number initially reported to Fridley Police Department that the Subject Vehicle had been carjacked. Later that day, DUNCAN called Fridley Police Department from DUNCAN's phone number, this time identifying himself, to report that he let a male individual he only knew as CJ borrow the Subject Vehicle on or about December 1, 2021 in exchange for a gram of heroin. According to DUNCAN, CJ was supposed to return the Subject Vehicle to DUNCAN the following day. On or about December 3, 2021, DUNCAN had phone calls with Fridley LEOs in which DUNCANT requested the Subject Vehicle be returned to him.



### G. Law enforcement Identified True Branded Sweatpants in DUNCAN's Residence on or about February 8, 2022

38.     On or about February 8, 2022, Fridley LEOs executed a search warrant at DUNCAN's residence in connection with an armed robbery of a pharmacy in Fridley, Minnesota. During the search, Fridley LEOs identified a pair of light gray sweatpants with the word "TRUE" printed in blue in all caps on the left leg, consistent with the sweatpants DUNCAN wore during the Selfreliance robbery. According to Fridley LEOs, DUNCAN was the only individual on the rental lease for DUNCAN's residence. Based on their observations during the search, it appeared that only DUNCAN lived in DUNCAN's residence. A photo provided by Fridley LEOs of the

"TRUE" sweatpants found in DUNCAN's residence is below.



### H. DUNCAN DISCUSSES POSSIBLE ROBBERY PROCEEDS WITH HIS BROTHER IN RECORDED CALL

39.     On or about December 18, 2021, DUNCAN called his brother[8], an inmate at the Hennepin County Adult Detention Center, from the phone number 773-827-5345.[9] This call was recorded, and I obtained a copy of the recording from the

---

[8] Keith Albert Duncan is an inmate at the Hennepin County Adult Detention Center. Based on recorded jail calls between DUNCAN and Keith Albert Duncan, DUNCAN and Keith Albert Duncan are believed to be brothers. Specifically, during these calls, DUNCAN and Keith Albert Duncan discuss their mother and father and DUNCAN refers to Keith Albert Duncan's son as his "nephew."

[9] Law enforcement identified the 773-827-5345 number as associated with DUNCAN as follows: on or about December 8, 2021, DUNCAN called Minneapolis Police Department ("MPD") to report that he had been carjacked at gun point. DUNCAN provided MPD 773-827-5345 as his current number.  According to DUNCAN's IDOC parole officer, DUNCAN checked in with the officer using 773-827-5345 on or about December 10, 2021. During this call, DUNCAN told the officer 773-827-5345 was his new phone number. DUNCAN called his

Hennepin County Sheriff's Office. During the call, DUNCAN[10] tells his brother that his car was stolen from a homeless shelter in Minneapolis, Minnesota.[11] DUNCAN then states, "They taking that bitch not knowing it was full. When I say full bro' I'm talking about I had twelve thousand cash and I had some other shit, fuck me up when I was running to Chicago. They took that suitcase boy, it fucked me up." Based on the investigation and the context of the phone call, I believe the "twelve thousand cash" referenced by DUNCAN in the call are related to the November 20, 2021 Selfreliance robbery of $6,010 and the November 30, 2021 Huntington National Bank robbery of $2,170.

## II. CONCLUSION

40.     Based on my review of the footage showing the Subject Vehicle and the robber before, during and after the Selfreliance robbery on November 20, 2021; the Subject Vehicle being registered to DUNCAN; the Subject Vehicle's travel patterns on the day before and the day of the robbery; the distinct pieces of clothing and shoes

---

brother at the Hennepin County Adult Detention Center using 773-827-5345 on December 11, 12, 16, and 18, 2021. These calls were recorded.

[10] Law enforcement identified DUNCAN's voice as follows: on or about December 8, 2021, DUNCAN called Minneapolis Police Department (MPD) to report that he had been car-jacked at gun point and that the Subject Vehicle was stolen from him.  MPD officers responding to the scene interviewed DUNCAN, which was recorded on their body worn cameras. On or about January 6, 2022, DUNCAN was involved in a traffic accident using the Subject Vehicle. MPD officers responding to the scene interviewed DUNCAN, which was recorded on their body worn cameras. Law enforcement reviewed the body camera footage of the two interviews DUNCAN had with MPD, and compared DUNCAN's voice with the individual who called Duncan's brother from 773-827-5345 on December 11, 12, 16, and 18, 2021. Law enforcement confirmed that the individual using 773-827-5345 is DUNCAN.

[11] On or about December 8, 2021, DUNCAN called Minneapolis Police Department ("MPD") to report that he had been car jacked at gun point.

worn both by the robber and the individual in the passenger seat of the Subject Vehicle and in the convenience store on the day of the robbery; law enforcement's discovery of the gray sweatpants with the word "TRUE" printed in blue in all caps down the left leg in DUNCAN's residence in Fridley, Minnesota;  and the similar physical characteristics between DUNCAN's booking photo from his arrest on or November 17, 2021, the robber, and the individual in the convenience store on the day of the robbery, there is probable cause to believe that DUNCAN robbed the Selfreliance Federal Credit Union located at 2332 West Chicago Avenue in Chicago, Illinois on or about November 20, 2021.

41.     Based on the foregoing facts, I respectfully submit that there is probable cause to believe that, on or about November 20, 2021, ALAN MICHAEL DUNCAN did, by intimidation, take from the person or presence of another any other thing of value belonging to, or in the care, custody, control, management, or possession of, the Selfreliance Federal Credit Union, located at 2332 West Chicago Avenue, Chicago, Illinois, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

WARD YODER
Special Agent, Federal Bureau of
Investigation

SWORN TO AND AFFIRMED by telephone February 24, 2022.

Honorable Jeffrey I. Cummings
United States Magistrate Judge